United States District Court
Southern District of Texas
**ENTERED**
May 16, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| JORGE COLLAZO *et al.*, § § Plaintiffs, § § VS. § AMGUARD INSURANCE § COMPANY, § § Defendant. § | CIVIL ACTION NO. 5:22-CV-104 |

## ADVISORY

The parties have filed a joint stipulation of dismissal, wherein they agree that Plaintiffs' claims against Defendant should be dismissed with prejudice (Dkt. No. 23).

Parties in a civil suit may generally dismiss claims without a court order upon filing a stipulation of dismissal "signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). This general rule is subject to limitations in class action suits, shareholder derivative suits, and suits where the Court has appointed a receiver. Fed. R. Civ. P. 41(a)(1)(A). Here, all parties signed the stipulation, and none of the above limitations apply (*see* Dkt. No. 23). Therefore, the stipulation's filing automatically dismissed Plaintiffs' claims with prejudice. *See Defense Distributed v. U.S. Dep't of State*, 947 F.3d 870, 873 (5th Cir. 2020).

Because no claim remains pending in this case, the Clerk of Court is **DIRECTED** to **TERMINATE** this civil action.

2

It is so **ORDERED**.

**SIGNED** May 16, 2023.

*Marina Garcia Marmolejo*
Marina Garcia Marmolejo
United States District Judge